# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL ROBBINS,<br>Petitioner,<br>v.<br>CHRISTIAN PFEIFFER, Warden<br>Respondent. | No. 5:22-cv-00581-JGB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The previously entered *Rhines* stay is vacated.

3. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: April 10, 2024

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2